**In the United States District Court
for the District of Kansas**

---

Case No. 23-cv-02272-TC-ADM

---

MICHELE BLAKELY,

*Plaintiff*

v.

CARMAX AUTO SUPERSTORES, INC. AND
AMERICAN CREDIT ACCEPTANCE, LLC,

*Defendants*

---

**JUDGMENT IN A CIVIL CASE**

☐   Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒   Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

**Pursuant to the Court's Memorandum and Order filed on February 12, 2024, this case is dismissed with prejudice in favor of Defendants CarMax Auto Superstores, Inc. and American Credit Acceptance, LLC.**

Date:  February 12, 2024         SKYLER B. O'HARA
                                 CLERK OF THE DISTRICT COURT


                                 By:   s/  Traci Anderson
                                          Deputy Clerk